IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **LANE DALE SPOTTED EAGLE,** Defendant. | **CR 23-32-GF-BMM** **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 52). The Court having read said Motion FINDS: THAT the United States commenced this action pursuant to 924(d); THAT a Preliminary Order of Forfeiture was entered on July 24, 2023; THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 924(d), and Fed. R. Crim. P. 32.2(c)(2);

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- Magnum Research Desert Eagle 9mm pistol SN 47300474 and magazine
- Diamondback firearms DB15 .223 rifle SN DB2021278
- 23 rounds of 9mm ammunition
- 9mm pistol magazine
- 47 rounds of 223 Remington ammunition
- 2 Magnpul PMAG 30 rifle magazines

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 28th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court